AO91 (Rev. 12/03)   Criminal Complaint                                      AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
               vs.

CRIMINAL COMPLAINT

Case Number: 7:14-po-01152

Efrain GONZALEZ-Roman
IAE A089 848 326
Mexico 1983

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 11, 2014** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Efrain GONZALEZ-Roman was encountered by Border Patrol Agents near Hidalgo, Texas on January 11, 2014. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United States of Mexico, who had entered the United States illegally on January 11, 2014 by swimming across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Shears Jr, Cipriano  Border Patrol Agent
Signature of Complainant

Shears Jr, Cipriano    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 12, 2014                                                                  at   McAllen, Texas
Date                                                                                          City/State

Peter E Ormsby          U.S. Magistrate Judge
   Name of Judge            Title of Judge                                      Signature of Judge