**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | | |
| **v.** | * | **MAG. NO. M-14-1152-PO** |
| | | |
| **EFRAIN GONZALEZ-ROMAN** | * | |

### UNOPPOSED MOTION TO CONTINUE
### RE-ARRAIGNMENT/SENTENCING HEARING

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Assistant Federal Public Defender, ABEL GUERRERO, and files this Unopposed Motion to Continue Re-Arraignment/Sentencing Hearing on behalf of the defendant, EFRAIN GONZALEZ-ROMAN, and respectfully requests this Honorable Court to continue his Re-Arraignment/Sentencing Hearing set for January 30, 2014 at 3:00 p.m. to a later date convenient for the Court, for the following reason(s):

I.

Defense needs additional time to continue discovery and discuss the case with Mr. Gonzalez-Roman. Therefore, undersigned counsel requests that this matter be reset for two (2) weeks or a later date convenient to the Court.

II.

Assistant United States Attorney Kimberly A. Leo was consulted and does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, defendant prays that this Honorable Court grant his Unopposed Motion to Continue Re-Arraignment/Sentencing Hearing, and that the hearing be continued for two (2) weeks or to a date convenient to the Court.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar No. 14003750
Southern District of Texas No. 3233


By: s/ Abel Guerrero
Abel Guerrero
Assistant Federal Public Defender
Attorney-in-Charge
Texas State Bar Number 24025398
Southern District of Texas No. 935620
1701 W. Business Hwy. 83, Suite 405
McAllen, Texas 78501-5159
Telephone: (956) 630-2995
Fax: (956) 631-8647




<u>CERTIFICATE OF SERVICE</u>

I, Abel Guerrero, certify that on the 29th day of January, 2014, a copy of the foregoing

Unopposed Motion to Continue Re-Arraignment/Sentencing Hearing was served by Notification of

Electronic filing upon the office of Assistant United States Attorney, Kimberly A. Leo at McAllen,

Texas.


s/ Abel Guerrero
Abel Guerrero
Assistant Federal Public Defender